IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-76,902






EX PARTE RICK MUNGIA, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. 03-CR-3127-C IN THE 94TH DISTRICT COURT


FROM NUECES COUNTY






 Per curiam.


O P I N I O N



 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the
clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte
Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of
sexual assault and sentenced to twenty years' imprisonment. 

 Applicant contends that his counsel rendered ineffective assistance and thereby denied
Applicant his right to appeal this conviction. The trial court has determined that counsel filed notice
of appeal one day late, resulting in the dismissal of the appeal for want of jurisdiction. 

 We find that Applicant is entitled to the opportunity to file an out-of-time appeal of the
judgment of conviction in Cause No. 03-CR-3127-C from the 94th District Court of Nueces County. 
Applicant is ordered returned to that time at which he may give a written notice of appeal so that he
may then, with the aid of counsel, obtain a meaningful appeal. Within ten days of the issuance of
this opinion, the trial court shall determine whether Applicant is indigent. If Applicant is indigent
and wishes to be represented by counsel, the trial court shall immediately appoint an attorney to
represent Applicant on direct appeal. All time limits shall be calculated as if the sentence had been
imposed on the date on which the mandate of this Court issues. We hold that, should Applicant
desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the
trial court within 30 days after the mandate of this Court issues.

 Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional
Institutions Division and Pardons and Paroles Division. 


Delivered: October 31, 2012

Do not publish